## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

KEVIN JONES,

    Plaintiff,

v.                           CASE NO. 5:17cv239/MCR/EMT

WILLIAM J. SCHWARZ,

    Defendant.

_____/

## **O R D E R**

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated April 9, 2018. ECF No. 15. Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Plaintiff's federal claims are **DISMISSED without prejudice**, pursuant to and 28 U.S.C. § 1915(e)(2)(B)(ii); and

3. Plaintiff's state law claims are **DISMISSED without prejudice**.

**DONE AND ORDERED** this 8th day of May 2018.

                    s/ *M. Casey Rodgers*
                **M. CASEY RODGERS**
                **CHIEF UNITED STATES DISTRICT JUDGE**